AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John Benjamin Davis, #308929 <br> *Plaintiff* <br> v. <br> Anthony J. Padula, Warden of LCI; Ms. Reames, Head of Classification of LCI; et al., <br> *Defendant* | Civil Action No.  1:10-cv-2101-HMH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The complaint is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Senior United States District Judge, who adopts the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge.

Date:   October 19, 2010                                                *CLERK OF COURT*

                                                                                           s/Meredith Cotton
                                                                                *Signature of Clerk or Deputy Clerk*